| AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT | 1. CONTRACT ID CODE J | PAGE OF PAGES 1 / 4 |
|---|---|---|
| 2. AMENDMENT/MODIFICATION NO. P00017 | 3. EFFECTIVE DATE 06-Oct-2010 | 4. REQUISITION/PURCHASE REQ. NO. SEE SCHEDULE | 5. PROJECT NO. (If applicable) |

**6. ISSUED BY** CODE W4W9M
MCALESTER ARMY AMMUNITION PLANT
CCRC-IDM
1 C TREE ROAD
MCALESTER OK 74501-9002

**7. ADMINISTERED BY** (If other than Item 6) CODE W4W9M
CONTRACTING OFFICER/KWH
KENT W. HACKETT
MCALESTER AAP
1 C TREE ROAD
MCALESTER OK 74501

**8. NAME AND ADDRESS OF CONTRACTOR** (No., Street, County, State and Zip Code)
AMTEX SECURITY INC.
5729 LEOPARD ST BLDG 1
CORPUS CHRISTI TX 78408-2357

CODE 3MED6  FACILITY CODE

9A. AMENDMENT OF SOLICITATION NO.

9B. DATED (SEE ITEM 11)

X 10A. MOD. OF CONTRACT/ORDER NO.
W52P1J-06-C-0020

X 10B. DATED (SEE ITEM 13) 29-Sep-2006

**11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS**

The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offers ☐ is extended, ☐ is not extended.

Offer must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended by one of the following methods:
(a) By completing Items 8 and 15, and returning ____ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGEMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

**12. ACCOUNTING AND APPROPRIATION DATA** (If required)
See Schedule

**13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.**

A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A.

B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying office, appropriation date, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(B).

X C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF:
FAR 52.212-4(c) and FAR 52.222-43

D. OTHER (Specify type of modification and authority)

E. IMPORTANT: Contractor ☐ is not, ☒ is required to sign this document and return 1 copies to the issuing office.

**14. DESCRIPTION OF AMENDMENT/MODIFICATION** (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)
Modification Control Number: hackskw 112

The purpose of this modification is to make changes/change hours in accordance with the attached Post Manning Chart dated Oct 1, 2010 thru 30 Sep 2011, incorporate new wage determination CBA 2010-3713, make equitable adjustment for wages and change to hourly rate for services at various posts as required (CLIN 4002) due to new wage determination CBA 2010-3713 and 05-2433 (Rev 9).

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

| 15A. NAME AND TITLE OF SIGNER (Type or print) Robert D. Lott  COO | 16A. NAME AND TITLE OF CONTRACTING OFFICER (Type or print) TEL: Sherry R. Duncan, Contracting Officer |
|---|---|
| 15B. CONTRACTOR/OFFEROR (Signature of person authorized to sign) | 15C. DATE SIGNED 10/6/10 | 16B. UNITED STATES OF AMERICA BY (Signature of Contracting Officer) | 16C. DATE SIGNED 10/6/10 |

EXCEPTION TO SF 30
APPROVED BY OIRM 11-84
30-105-04

STANDARD FORM 30 (Rev. 10-83)
Prescribed by GSA
FAR (48 CFR) 53.243

Exhibit 5

| | | | | | |
|---|---|---|---|---|---|
| **AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT** | | | 1. CONTRACT ID CODE<br>J | PAGE<br>1 | OF PAGES<br>3 |
| 2. AMENDMENT/MODIFICATION NO.<br>P00016 | 3. EFFECTIVE DATE<br>27-Sep-2010 | 4. REQUISITION/PURCHASE REQ. NO.<br>SEE SCHEDULE | | 5. PROJECT NO (If applicable) | |
| 6. ISSUED BY  CODE  W44W9M<br>MCALESTER ARMY AMMUNITION PLANT<br>CCRC-IDV<br>1 C TREE ROAD<br>MCALESTER OK 74501-9002 | | 7. ADMINISTERED BY (If other than item 6)  CODE  W44W9M<br>CONTRACTING OFFICE/KWH<br>KENT W HACKETT<br>MCALESTER AAP<br>1 C TREE ROAD<br>MCALESTER OK 74501 | | | |

8. NAME AND ADDRESS OF CONTRACTOR (No., Street, County, State and Zip Code)
AMTEX SECURITY INC.
5729 LEOPARD ST BLDG 1
CORPUS CHRISTI TX 78408-2357

9A. AMENDMENT OF SOLICITATION NO.

9B. DATED (SEE ITEM 11)

[X] 10A. MOD. OF CONTRACT/ORDER NO.
W52P1J-06-C-3020

CODE  3MED5  FACILITY CODE

[X] 10B. DATED (SEE ITEM 13)
29-Sep-2006

**11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS**

[ ] The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offer [ ] is extended, [ ] is not extended.

Offer must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended by one of the following methods:
(a) By completing Items 8 and 15, and returning _____ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. ACCOUNTING AND APPROPRIATION DATA (If required)
See Schedule

**13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS.
IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.**

[ ] A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A.

[ ] B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying office, appropriation date, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(B).

[X] C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF:
FAR 52.217-9, Option to Extend the Term of the Contract

[ ] D. OTHER (Specify type of modification and authority)

E. IMPORTANT: Contractor [X] is not, [ ] is required to sign this document and return _____ copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)
Modification Control Number: hackekw 10239

The purpose of this modification is to exercise the option for the period October 1, 2010 through September 30, 2011; CLINs 4001, 4002, 4003 and 4004. Wage Determination 2005-2433, Revision No. 9 dated 6/22/10 and Wage Determination CBA-2010-3713 are applicable to this option year.

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

| 15A. NAME AND TITLE OF SIGNER (Type or print)<br>Robert Lott  COO | 16A. NAME AND TITLE OF CONTRACTING OFFICER (Type or print)<br>STEPHEN R DUNBAR / CONTRACTING CHIEF<br>TEL: 918-420-7401  EMAIL: stephen.dunbar@us.army.mil |
|---|---|
| 15B. CONTRACTOR/OFFEROR<br>*(signature)*<br>(Signature of person authorized to sign) | 15C. DATE SIGNED | 16B. UNITED STATES OF AMERICA<br>BY *(signature)*<br>(Signature of Contracting Officer) | 16C. DATE SIGNED<br>27-Sep-2010 |

EXCEPTION TO SF 30
APPROVED BY OIRM 11-84
30-105-04
STANDARD FORM 30 (Rev. 10-83)
Prescribed by GSA
FAR (48 CFR) 53.243

AMTEX SUPP 000003  Amtex Supp.



**DEPARTMENT OF THE ARMY**
MCALESTER ARMY AMMUNITION PLANT
1 C-TREE ROAD
McAlester, Oklahoma 74501-9002

REPLY TO
ATTENTION OF:

August 17, 2010

Contracting Office

Amtex Security Incorporated
Attn: Mr. Robert Lott
5729 Leopard Street, Building 1
Corpus Christi, Texas 78408-2357

Dear Mr. Lott:

Reference contract W52P1J-06-C-3020 for security guard services at the McAlester Army Ammunition Plant, Oklahoma.

In accordance with Federal Acquisition Regulation (FAR) clause 52.217-9 contained in referenced contract and entitled, "Option to Extend the Term of the Contract", you are hereby given preliminary notice of the Government's intent to exercise the option in the contract for the period October 1, 2010 through September 30, 2011 (contract line item numbers 4001-4004). This preliminary notice does not commit the Government to an extension.

Additionally, to exercise the option, the Government is required to determine your responsibility. Request you provide this office your most current operating period financial statements (income statement and balance sheet) and at least two government or commercial references to substantiate this determination.

Please forward the information requested no later than September 1, 2010. Should you have any questions, please contact the undersigned at 918-420-7401.

Sincerely,

*[signature]*

Stephen R. Dunbar
Contracting Officer

Printed On ♻ Recycled Paper

AMTEX SUPP 000004　　　　　　　　　　　Amtex Supp.

# AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT

| 1. CONTRACT ID CODE | PAGE OF PAGES |
|---|---|
| J | 1 / 3 |

| 2. AMENDMENT/MODIFICATION NO. | 3. EFFECTIVE DATE | 4. REQUISITION/PURCHASE REQ. NO. | 5. PROJECT NO. (If applicable) |
|---|---|---|---|
| P00015 | 26-Jul-2010 | SEE SCHEDULE | |

| 6. ISSUED BY | CODE | W44W9M |
|---|---|---|
| CONTRACTING OFFICE | | |
| MCALESTER CONTRACTING OFFICE | | |
| 1 C TREE ROAD | | |
| MCALESTER OK 74501-9002 | | |

| 7. ADMINISTERED BY (If other than item 6) | CODE | W44W9M |
|---|---|---|
| CONTRACTING OFFICE/SRD | | |
| STEPHEN DUNBAR | | |
| 918-420-7401 | | |
| 1 C TREE ROAD | | |
| MCALESTER OK 74501-9002 | | |

8. NAME AND ADDRESS OF CONTRACTOR (No., Street, County, State and Zip Code)
AMTEX SECURITY INC.
5729 LEOPARD ST BLDG 1
CORPUS CHRISTI TX 78408-2357

9A. AMENDMENT OF SOLICITATION NO.

9B. DATED (SEE ITEM 11)

[X] 10A. MOD. OF CONTRACT/ORDER NO. W52P1J-06-C-3020

[X] 10B. DATED (SEE ITEM 13) 29-Sep-2006

CODE 3VED6   FACILITY CODE

## 11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

[ ] The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offer [ ] is extended, [ ] is not extended.

Offer must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended by one of the following methods:
(a) By completing Items 8 and 15, and returning _____ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. ACCOUNTING AND APPROPRIATION DATA (If required)
See Schedule

## 13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS. IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.

[ ] A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A.

[ ] B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying office, appropriation date, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(B).

[X] C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF:
FAR 52.212-4(c)

[ ] D. OTHER (Specify type of modification and authority)

E. IMPORTANT: Contractor [X] is not, [ ] is required to sign this document and return _____ copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)
Modification Control Number: dunbar10191

The purpose of the modification is to increase the number of estimated special event hours available on CLIN 3002 from not to exceed 1200 hours to not to exceed 1600 hours.

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

| 15A. NAME AND TITLE OF SIGNER (Type or print) | 16A. NAME AND TITLE OF CONTRACTING OFFICER (Type or print) |
|---|---|
| Robert Lott  COO | STEPHEN R DUNBAR / CONTRACTING CHIEF TEL: 918-420-7401   EMAIL: stephen.dunbar@us.army.mil |

| 15B. CONTRACTOR/OFFEROR | 15C. DATE SIGNED | 16B. UNITED STATES OF AMERICA | 16C. DATE SIGNED |
|---|---|---|---|
| (Signature of person authorized to sign) | | BY (Signature of Contracting Officer) | 26-Jul-2010 |

EXCEPTION TO SF 30
APPROVED BY OIRM 11-84

30-105-04

STANDARD FORM 30 (Rev. 10-83)
Prescribed by GSA
FAR (48 CFR) 53.243

AMTEX SUPP 000005                    Amtex Supp.

| AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT | | | 1. CONTRACT ID CODE J | PAGE OF PAGES 1 / 3 |
|---|---|---|---|---|
| 2. AMENDMENT/MODIFICATION NO. P00013 | 3. EFFECTIVE DATE 01-Oct-2009 | 4. REQUISITION/PURCHASE REQ. NO. SEE SCHEDULE | | 5. PROJECT NO. (If applicable) |
| 6. ISSUED BY CODE W44W9M CONTRACTING OFFICE MCALESTER ARMY AMMUNITION PLANT 1 C TREE ROAD MCALESTER OK 74501-9002 | | 7. ADMINISTERED BY (If other than item 6) CODE W44W9M CONTRACTING OFFICE/SRD STEPHEN DUNBAR 918-420-7401 1 C TREE ROAD MCALESTER OK 74501-9002 | | |

8. NAME AND ADDRESS OF CONTRACTOR (No., Street, County, State and Zip Code)
AMTEX SECURITY INC.
5729 LEOPARD ST BLDG 1
CORPUS CHRISTI TX 78408-2357

9A. AMENDMENT OF SOLICITATION NO.
9B. DATED (SEE ITEM 11)
[X] 10A. MOD. OF CONTRACT/ORDER NO. W52P1J-06-C-3020
10B. DATED (SEE ITEM 13) [X] 29-Sep-2006

CODE 3MED6   FACILITY CODE

11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

12. ACCOUNTING AND APPROPRIATION DATA (If required)
See Schedule

13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS. IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.

A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A.

B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying office, appropriation date, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(B).

[X] C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF:
FAR 52.212-4(c) and FAR 52.222-43

D. OTHER (Specify type of modification and authority)

E. IMPORTANT: Contractor [ ] is not, [X] is required to sign this document and return 1 copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)
Modification Control Number: dunbar09258
The purpose of this modification is to make changes/change hours in accordance with the attached Post Manning Chart dated Oct 1, 2009-Sep 30 2010, incorporate new wage determation CBA 2009-3048, make equitable adjustment for wages and change to hourly rate for services at various posts as required (CLIN 3002) due to new wage determination CBA 2009-3048 and 2005-2433 (Rev 7).

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

15A. NAME AND TITLE OF SIGNER (Type or print)
Robert Lott   CEO

16A. NAME AND TITLE OF CONTRACTING OFFICER (Type or print)
TEL: Stephen R. Dunbar, Contracting Officer

15B. CONTRACTOR/OFFEROR   15C. DATE SIGNED
29SEP09

16B. UNITED STATES OF AMERICA
BY (Signature of Contracting Officer)
16C. DATE SIGNED 9/30/09

EXCEPTION TO SF 30
APPROVED BY OIRM 11-84
30-105-04

STANDARD FORM 30 (Rev. 10-83)
Prescribed by GSA
FAR (48 CFR) 53.243

AMTEX SUPP 000006    Amtex Supp.

# AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT

| | |
|---|---|
| 1. CONTRACT ID CODE | J |
| PAGE OF PAGES | 1 / 3 |

**2. AMENDMENT/MODIFICATION NO.** P00012
**3. EFFECTIVE DATE** 10-Sep-2009
**4. REQUISITION/PURCHASE REQ. NO.** SEE SCHEDULE
**5. PROJECT NO. (If applicable)**

**6. ISSUED BY** CODE W44W9M
CONTRACTING OFFICE
MCALESTER ARMY AMMUNITION PLANT
1 C TREE ROAD
MCALESTER OK 74501-9002

**7. ADMINISTERED BY (If other than item 6)** CODE W44W9M
CONTRACTING OFFICE/SRD
STEPHEN DUNBAR
918-420-7401
1 C TREE ROAD
MCALESTER OK 74501-9002

**8. NAME AND ADDRESS OF CONTRACTOR** (No., Street, County, State and Zip Code)
AMTEX SECURITY INC.
5729 LEOPARD ST BLDG 1
CORPUS CHRISTI TX 78408-2357

**9A. AMENDMENT OF SOLICITATION NO.**
**9B. DATED (SEE ITEM 11)**
[X] **10A. MOD. OF CONTRACT/ORDER NO.** W52P1J-06-C-3020
[X] **10B. DATED (SEE ITEM 13)** 29-Sep-2006

CODE 3MED5   FACILITY CODE

## 11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

[ ] The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offer [ ] is extended, [ ] is not extended.

Offer must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended by one of the following methods:
(a) By completing Items 8 and 15, and returning ___ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

**12. ACCOUNTING AND APPROPRIATION DATA (If required)**
See Schedule

## 13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS. IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.

A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A.

B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying office, appropriation date, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(B).

[X] C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF:
FAR 52.217-9, Option to Extend the Term of the Contract

D. OTHER (Specify type of modification and authority)

**E. IMPORTANT:** Contractor [X] is not, [ ] is required to sign this document and return ___ copies to the issuing office.

**14. DESCRIPTION OF AMENDMENT/MODIFICATION** (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)
Modification Control Number: dunbar09248

The purpose of this modification is to exercise option for the period October 1, 2009 through September 30, 2010, CLINs 3001, 3002, 3003, and 3004. Wage Determination 2005-2433, Revision No. 7 dated 05/26/2009 and Wage Determination CBA-2007-1421 are applicable to this option year.

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

**15A. NAME AND TITLE OF SIGNER** (Type or print)
Robert Lott  COO

**15B. CONTRACTOR/OFFEROR**
_(Signature of person authorized to sign)_

**15C. DATE SIGNED** 11 SEP 09

**16A. NAME AND TITLE OF CONTRACTING OFFICER** (Type or print)
STEPHEN R. DUNBAR / CONTRACTING OFFICER
TEL: 918-420-7401   EMAIL: stephen.dunbar@us.army.mil

**16B. UNITED STATES OF AMERICA**
BY _(Signature of Contracting Officer)_

**16C. DATE SIGNED** 10-Sep-2009

EXCEPTION TO SF 30
APPROVED BY OIRM 11-84

30-105-04

STANDARD FORM 30 (Rev. 10-83)
Prescribed by GSA
FAR (48 CFR) 53.243



DEPARTMENT OF THE ARMY
MCALESTER ARMY AMMUNITION PLANT
1 C-TREE ROAD
McAlester, Oklahoma 74501-9002

REPLY TO
ATTENTION OF:

July 30, 2009

Contracting Office

Amtex Security Incorporated
Attn: Mr. Robert Lott
5729 Leopard Street, Building 1
Corpus Christi, Texas 78408-2357

Dear Mr. Lott:

Reference contract W52P1J-06-C-3020 for security guard services at the McAlester Army Ammunition Plant, Oklahoma.

In accordance with Federal Acquisition Regulation (FAR) clause 52.217-9 contained in referenced contract and entitled, "Option to Extend the Term of the Contract", you are hereby given preliminary notice of the Government's intent to exercise the option in the contract for the period October 1, 2009 through September 30, 2010 (contract line item numbers 3001-3004). This preliminary notice does not commit the Government to an extension.

Additionally, to exercise the option, the Government is required to determine your responsibility. Request you provide this office your most current operating period financial statements (income statement and balance sheet) and at least two government or commercial references to substantiate this determination.

Please forward the information requested no later than August 17, 2009. Should you have any questions, please contact the undersigned at 918-420-7401.

Sincerely,

Stephen R. Dunbar
Contracting Officer

Printed On Recycled Paper